UNITED STATES DISTRIC
NORTHERN DISTRICT OF
EASTERN DIVISIC

**RECEIVED**

JUN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

_Jerry Lewis Gulley_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                    vs.                    Case No: _08 C 50099_
                                           (To be supp)     _Judge Kapala_

_Dr. David Pocock_
_Dr. Cyrus Oats_
_Winn. County Justice Center_

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

    X          **COMPLAINT UNDER THE CIVIL RIGI**
                 **U.S. Code** (state, county, or municipal defe

_____      **COMPLAINT UNDER THE CONSTITU**
                 **28 SECTION 1331 U.S. Code** (federal def

_____      **OTHER** (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE_
_FILING." FOLLOW THESE INSTRUCTIONS CAREF_

I. Plaintiff(s): ~~N/A~~

    A. name: Jerry Lewis Gulley

    B. List all aliases: NONE

    C. Prisoner identification number: MID #58630

    D. Place of present confinement: W.C.J.C.

    E. Address: 650 West State St., Rockford, IL. 61101

II. Defendant(s): ~~N/A~~

    A. Defendant: DR. Cyrus Oats
       Title: Dentist
       Place of employment: Winn. County Justice Cntr.

    B. Defendant: DR. David Pocock
       Title: MBBS MRCP
       Place of employment: Winn. County Justice Cntr.

    C. Defendant: Winnebago County Justice Center
       Title: Supt. Amdrea Tack
       Place of employment: Winn. County Justice Cntr.

8

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**    Docket # Not KNowN

A.    Name of case and docket number: WORKmaN'S CompeNSatioN

B.    Approximate date of filing lawsuit: 1999

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases:
Jerry Lewis Gulley

D.    List all defendants: GuNite CorporatioN

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Zeke George Bldg. IN Rockford IL, WinNebago CouNty NotkNow if IN Federal or

F.    Name of judge to whom case was assigned: state.
Not KNowN

G.    Basic claim made: Spurs of Collor BoNe + TorN Rotor Cuff

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): WoN

I.    Approximate date of disposition: 2002

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Malpractice (Docket #u/k_

B.  Approximate date of filing lawsuit: _?/2003_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
    _Jerry L. Gulley_

D.  List all defendants: _Swedish American Hospital_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Winnebago County Court House_

F.  Name of judge to whom case was assigned: _N/K_

G.  Basic claim made: _Overly medicated Resulting in a Code Blue being Called on me._

H.  Disposition of this case (for example:  Was the case dismissed?  Was it appealed?
    Is it still pending?): _Case Dismissed - missed appealing time limit_

I.  Approximate date of disposition: _2004_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim

I was incarcerated at the Winnebago County Jail in april 27, 2006. I witness the food trays being slided across the County Jail Gray painted floor. Before and after each meal, Breakfast, lunch and dinner, all inmates stacked their food tray on the floor, on top of each other. When taking the food trays back to the Kitchen. Correctional Officer and Trustee Came back to the teirs and slided the food trays across the Gray paint Jail floor. Sliding the trays across the floor Caused the Bottom of the trays to scrape Gray paint off the floor. Also Caused the bottom of tray to start deteriorate. After sliding the trays across the floor, Dirt, paint, bacteria and Germs was being taken back to the Kitchen. Contaminating it each and every day. Three (3) Times a day.

When eating your food you could see paint on top of all trays. This kind of practices went on for years. Eating with bacteria in your tray and food. I seen trays being slide across the Gray painted floor.

4

ON april 27, 2006 to May 20, 2007. Some inmates witness food trays being slided on the floor for years. As far back as the year 2000 to 2007 (6 to 7) years. Each tray had Gray paint on the top and bottom of tray. When we ate we ate paint, dirt, Germs and bacteria. MID Number shows how for back intmate seen trays sliding across the floor.

Here in this 42 U.S.C. 1983 Law suite packet. Some inmates witness the sliding of food trays for years. They gives their Name, Date of Birth, MID No., and signing of state-ment. Some trays had holes in them, causing water to drip down into the trays below them. When water ▓ drip down it contaminated food. trays below. We all stayed very sick all the time. How could the Health Department let this practice go on for so many years (6 to 7 yrs.). Winnebago County Jail was not doing any thing to make it better. Digesting these bacteria had a lot to do with Inmates being sick. Staff Infections in the Winn-ebago County Jail. Being feed Germs every day, three (3) times a day. Some

5

inmates turned the food trays upside down,
What we seen was paint under the bottom,
Of the trays. The bottom of trays was
complety cover with paint, The bottom of
trays sliding for six(6) to seven(7) years
Cause the bottom to deteriorate. The top
of trays had paint on them also. Cleary the
HEALTH DEPARTMENT was not doing its
Job right. Negligently to do their Job right.
Cause a lot of inmates to be feed a lot of bact-
eria. Winn. County Jail was not doing their Job
right to make things better. ARAMARK has
been in charge of the kitchen for seven(7)yrs,
How can they not see what was going on in
and out side of the kitchen. The trays was not
being clean. The tray dishwasher was not working
prperly. Words can not explain the nasty, Dirty,
Germs and bacteria that went on inside the
kitchen. This goes beyond Negligent not to do
their Job right.
      On may, 2007 we move to a new Estlish-
ment. Winnebago County Justice Center.
Thank GOD things got much better.
650 west state St. Rockford, IL. 61101

6

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I would like to be compensated
finacially and physically for damages
Cause by defendants Negligent, pain+suffering
and help me get well again. Never let
this happen again, Let Justice be served.

**VI.     The plaintiff demands that the case be tried by a jury.**     ☒  YES     ☐  NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this _____ day of _____, 20_____


Jerry Lewis Gulley
(Signature of plaintiff or plaintiffs)

Jerry Lewis Gulley
(Print name)

MID # 58630
(I.D. Number)

Winn. County Justice Center
650 west state street
Rockford, IL. 61101
(Address)

8

The substitute doctor was here for two (2) weeks. I explained to him about my pain and discomfort. I told him how severe the pain gets. Also I told him the difficulty I had dealing with the pain with out the proper medication. He checked my medical Records and my body. He then prescribed me some medicine for the bacteria, Thank God! I begin to feel better. Some time in Aug. 31, 2007 the Winnebago County Justice Center medical Department. Sent the Nurse practitioner, Sandra to visit me in my Pod 3A. She order a Blood test. She got the results back and she presribed some Anti-biotic to help figth bacteria in my ~~~~ body

Causes heart damage and stomach ulcers. Now I suffer from them both. The Heart and stomach pain each and every day. I thank very much.

7

Revised 9/2007

PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court.  It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court.  Failure to do so may result in dismissal of your case for want of prosecution.  Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: _Jerry____Lewis_____Gulley_____
   (First)              (Middle)              (Last)

   List Alias Names, if any: _____

   _____

2. Any Current/Prior
   Prison ID Number(s): _____

   Name of Prison(s): _____

3. Jail ID Number(s): _MJD  58630_____

   Name of Jail(s): _WINN. County Justice Center_

4. Date of Birth: _12 - 1 - 56_____

5. Home Address (Do <u>not</u> use P.O. Box):

   Street Name and Number: _650 west State St._

   City, State and Zip Code: _Rockford, IL. 61101_



A tray set on Top of B tray.
Cause paint to rub A and stick
pain to the Top of B tray

A

Bottom Tray

Top Tray

B

paint on the bottom
put paint on
Top of tray

PAINT
ON
TRAY

Tray

A tray setting on top of B cause paint
to rub off one to the Top of B tray



" Sliding stacks of trays on the floor.
& Cause the Bottom of tray peal away

A

The bottom of tray to peal away.

B

Flat. ⟶ peal away

Slide
tray

Sliding ↗
trays

Sliding these tray for so many
years, cause the tray to become flat



Holes in some trays cause water to bill up in side some trays.

STACK of Trays

Waters Drip down in to the food tray below doing lunch Dinner Breakfast

Because this tray → A.
sat down on the tray
below. paint got on
top of tray below. → B.

A

Bottom tray

Top tray

B

paint

STACK of
trays

water

water

Water

B

Because holes in trays
alow water to get water down below in the Bottom tray
on foods



Dust Pan

Broom

Bucket

Mop

Correctional Officer

Here

Here

TO

Here

Stairs

Stairs

paint peel off floor

trustee

stack of trays

Jail Door

Sliding the
trays on the Jail
painted floor.
Cause the paint to
peel off the floor.

over head look

over head look



The Cart

Bad
Bad nasty water run (drip)
down on trays below.

How could
It go on for so
longe?.?.?

Health Dept.

Winnebago County

water on floor from
trays.

water get on food with
below.

Some trays had holes in them.

Some times water stays inside the tray for a longe time (months)

water get on food with below.





Paint Here

A

B

made paint go here

Stack of trays

bacteria

Holes

Some trays has holes in them.

{ Germs } on Food

Because some tray have holes in them causing water to drip from one trays.

# TOP OF Tray With Gray paint

paint being on bottom trays put
pain on top   some trays



Tray with Gray paint          Traywith paint

Gray paint

Gray
paint

✓ Michael E. Schleicher

1220 Scottwood RD.

Rockford, IL.

Cell # (815) 979-5222

✓ Donald Jacobs

7619 cadet rd.

Rockford, IL.
61115

Steve Janet Fink Bonen

1000 Chamberlain st. appt # 1110

Rockford, IL. 61102

(815) ~~962-0713~~
543-9210

✓ Rodney A. Lewis

1216 S. Johnston ave.

Rockford, IL. 61102

✓ Dean Cochran

1801 Cliff ave.

Rockford, IL.
61102

(815) 962-0713

✓ Zeljko Krace

913 Cliffton ave.

Rockford, IL.
61111

✓ Tim Buchanan

3610 Preston St.

Rockford, IL.

✓ _____ 61101

Wendell Taylor

1023 Irving ave.

Rockford, IL. 61101

Duane Morris

~~1227 Pom~~

~~1249 Po~~

1149 railroad ave.

Rockford, IL.
61104

~~Boy~~ Turrel Starks

1613 warren rd,
Rockford, IL,
61104

Stephan montaron

2525 Ceklin Dr apt, 3
Rockford, IL,
61101

✓ C. merris

3223 su Seward ave # 2
Rockford, IL  61108

✓ John moss

815 - 972 - 2735

mike murphy
815 - 962 - 9997

Dean cochran
815 877-2926

✓ albert Locascio

815 - 654 - 7307

Stephan montaron

815 - 708 - 6145
(815) - 670 - 6863

✓ Steve son
815 - 969 - 0419

✓ michael E schleicher
Cell # 815 - 979 - 5222

Steve Janet Fink Boner

815 - 543 - 9210

✓ mark Harris
815 - 964 - 5215

Jake

The Winnebago County Jail

214 N. Church St. 61101

I witnessed the food trays being slided across the County Jail, Gray painted floor. After each meal, Breakfast, lunch and Dinner, each tray was stacked on top of each other on the floor. The Correctional Officer came back to the pod with a trustee to take the food trays to the kitchen to be clean,

Name: Williams Turner

DOB: _____

MID: _____

Sex/Race: BLACK

Date: _____

New address

650 West State St.
Rockford, IL. 61101

Sign: William Turner

The Winnebago County Jail
214 N. Church St. 61101

I witnessed food trays being slided across the Gray painted floor. After each meal, Breakfast, lunch and Dinner. Correctional officer and trustee, came back to the tier (pod) and slided a stack of trays across the floor and out the door.

name: Dale Patterson SR    New address
DOB: 12-7-46    650 west state st,
    Rockford, I L.
MID: 5397    61101
Date: 5-1-08
Sex/Race B/m    sign: DALE PATTERSON
first Day in Jail    815-96-4-7441

The WiNNebago County JaiL
214   N. church St.  61101


I witNessed the food trays
being slided across the Gray
painted floor. After each meal,
Breakfast, lunch and DiNNer, Each
INmate stack their trays oN top
of each other oN the Jail floor.
The correctioNal officer and
trustee, came back to the Tier
to collect all trays and take them
to the kitcheN to be cleaN.

name: _____     New address
DOB: ___9/6/38_____          650 West state St.
MID: ___129201_____          Rockford, IL. 61101
sex/Race: __M_____
Date: ___10/30/07_____
                              _____
                              sigN

The Winnebago County Jail
214 N. Church St. 61101

I witnessed food trays being
Slided across the Gray painted
floor. After each meal, Breakfast,
lunch and Dinner. Correctional
Officer and trustee came back
to the Deck and slided the
stack of trays outside the
Jail door.

name: Mario Lambert

DOB: 2-29-84

Date: 11-3-07

MID: 108958

Sex/Race: m/B

New address
650 west state st.
Rockford, IL.
61101

Sign: Mario Lambert

The WiNNebago County Jail

214 N. Church St. 61101

I witNess food trays beiNg slided across the Gray painted Floor. After each meal, Breakfast aNd DiNNer. CorrectioNal officer aNd trustee, came back to the Teir, slided the food trays oN the floor, outside the door.

name: Andrew P. Fisher

DOB: 2/25/87

MID: 5001020

Date: 11-02-07

Sex/race: w/m

New addres
650 west state st.
Rockford, IL.
61101

SigN: Andrew Fisher

The Winnebage County Jail

214   N. church St. 61101

I witnessed the food trays being slided across the Jail Gray painted floor. After each meal, Breakfast, lunch and Dinner. Each food tray was stacked on the floor, one on top of each other. Correctional Officer and trustee came back to the tier. They slided a stack of trays out the door.

Name: Joe Jones

DOB: 11-18-81

MID: 107868

Date: 11-11-07

Sex/Race: Black

New address
650 West state St.
Rockford, IL. 61101

Sign: Joe Jones

The WiNNebago County Jail

214 N. church St. 61101

I witnessed food trays, being slided across the Jail Gray painted floor, After each meal, Breakfast, lunch and Dinner. all Inmates stack their trays on the floor, one on top of each other. Correctional Officer and trustee comes back to the Deck and slide the stack of tray out side the Jail door.

name: Duane Morris       New address
DOB: 11-11-72            650 west state st.
MID: 113918              Rockford, IL.
Date: 1-2-07                          61101
sex/race: M/B    Sign: Duane Mo

The Winnebago County Jail
214 N. church st. 61101

I witnessed the food trays being slided across the county Jail Gray painted floor. After each meal, Three (3) times a day. every Immate stack their tray on top of each other on the floor. Correctional officer and trustee came back to the tier and slided the whole stack of tray across floor and out the Door.

name: Rodney A Lewis
DOB: 10/10/69
MID: 66719
Date: 10/30/07
Sex/Race: Male/B    sign: Rodney A Lewis

New address
650 west state st.
Rockford, IL.
61101

The Winnebago County Jail
~~214~~   N. church St. 61101

I witnessed food trays being slided across the Gray painted Jail floor. After each meal. Breakfast, lunch and Dinner, Correctional Officer and trustee Came back to the Tier. They slided a stack of tray outside the Jail floor. every Inmate stack their tray on top of each Other on the floor.

name: Piotr Szimon Boski   new address
DOB: 2/21/80   650 west state St.
Date: 10/29/07   Rockford, IL. 61101
MID: 110611
Sex/Race: M/W   Sign: _[signature]_

The Winnebago County Jail
214 N. Church St. 61101

I witnessed the food trays
being slided across the Gray
painted floor, after each meal,
Breakfast, lunch and Dinner.
Each Inmate stacked their
trays on the floor. One on top
Of each other, Correctional Officer
and trustee came back and slided trays on
the floor.

name: John Van          New address
DOB: 10-02-73          650 West state st.
MID: 11-9-5-05-9       Rockford, IL.
Sex/Race: A 5N                    61101
Date: 11-7-2007

2005-2006-

Sign: _____

The WiNNebago County Jail
24    N. church st. 61101

I witnessed the food trays
being slided across the gray
painted Jail floor. After each
Meal, Breakfast, Lunch and DiNNer
each INmate stack their tray
ONe top of each other, on the
floor. The correctional Officer,
and trustee, came back to the
tier and slided the stack of
trays outside the Jail Door,

Name: Stan Jenkins
DOB: 11-27-79
mID: 61116
Sex/Race: Black male
Date: 10-28-07

New address
650 west state st.
Rockford, IL. 61101

SigN: Stan Jenkins

The Winnebago County Jail

214 N. Church St. 61101

I witnessed food trays being turn up side down. I seen paint, Dirt and Germs on them, some of them had old food on them.

Name: Michael T Hollins    new address

DOB: _____

MID: 21897    650 West state St.

Sex/Race: B/M    Rockford, IL.
61101

First Day in Jail
May 7-07

SIGN: _____

Date: _____-07

Jer

The Winnebago County Jail
    420 West St.

I witnessed the food trays being slided across the County Jail Gray painted floor. After each meal, Breakfast, lunch and Dinner. Inmates stacked their food trays on the floor on top of each other. Correctional Officer, trustee came back to the teir and slided the food trays across the Gray painted floor. When taking the food trays back to the kitchen. Contaminating the food,

Name: JAMES A. STARLING

DOB: 3/30/57

MID: 113140

Date: 4-28-08

New address
650 West State St.
Rockford, IL.
                    61101

Sign: James A. Starling

The Winnebago County Jail

214    N. church st. 61101

I witnessed years old food being on food trays. I turn food trays up side down. I send paint covering the bottom of trays. Dirt and some trays had holes in them. Causing water to Dip out in to tray Below them.

name: Timothy E. BucHANAN

DOB: 8-30-61

MID: 2375

Date: 4-30-08

Sex/Race: M/AFRO American

New address
650 west state st.
Rockford, IL.
61101

Sign: Timothy E. Buchanan

The Winnebago County Jail
     214 N. Church St.

I witnessed the food trays being Slided across the County Jail floor. After each meal, Breakfast, lunch, and Dinner. Inmates stacked their food trays on the floor on top of each other. When taking the food trays back to the kitchen. Correctional officer, trustee came back to the teir and slided the food trays across the Gray painted floor, When taking the food trays back to the kitchen, contaminating food.

Name: Tim E Buchanan
DOB: 8-30-61
MID: 2375
Date: 5-1-08
Sign: Tim E Buchanan
Sex/Race: Male / Afro American

New address
W.C.J.C.
650 West State St.
Rockford, IL.
    61101

The Winnebago County Jail

420 West State St.   61101

I witnessed food tray being
slided across the Gray painted
Floor. After each meal, Breakfast,
and Dinner. trustee and Correctional
Officer came back to the Deck.
and slide the stack of trays
on the floor. Out the Jail Door,
Contaminating the food.

Name: Zeljko Zigaic

DOB: 01-10-88

MID: 121873

Date: 11-2-07

sex/race: W

New address
650 west state St,
Rockford, I.L.
61101

Sign: Zeljko Zigaic

The WiNNebago CouNty Jail

~~214~~ N. church St. 6110!

I witNessed the food trays being slided across the Gray paiNted Jail floor. After each meal, Breakfast, luNch aNd DiNNer. all iNmates stack their food tray oN the floor oN top of each otheri The correctioN officer aNd trustee, came back to the Tier to take trays back to the KitcheN to be clean, kick iNg and slidiNg trays through the door.

Name: _Mark Harris_

DoB: _10/16/27_

MID: _120470_

Date: _10-31-07_

sex/race: _male_

new address

650 west state St.

Rockford, IL. 61101

SigN: _Mark Harris_

The Winnebago County Jail

214 N. Church St. 61101

I witnessed food trays being turn up side down. I seen trays with paint, Dirt and days old food under the bottom of tray. Some trays had holes in them.

name: Zeljko Kgarc       new address

DOB: 01-10-88       650 west state st.

MID: 191873       Rockford, IL.

Date: 11-6-07              61101

Sex/Race: M W

sign:

The Winnebago County Jail
214 N. Church St. 61101

I witnessed food trays being
turn up side down. I seen
trays with paint, Dirt and food
on them. Some tray had holes
in them. Causing water to drip
down below in other trays.

name: Terrell Stanuss
DOB: 5-10-79
MID: 85303
Date: 10-6-07
Sex/Race: B/M.

New address
650 West state st.
Rockford, IL.
61101

Sign.

The Winnebago County Jail
420 West St.
▮▮▮ ▮▮ ▮▮▮▮▮ ▮▮▮ 61101

I witnessed the food trays being slided across the Gray painted Jail floor, after each meal Breakfast, lunch, Dinner.

a correctional officer and trustee came back to the Tier and slide the stack of trays across floor and through the Jail Door,

Name: Kevin Dayden
DOB: 10-27-64
MID: 92321
Sex/Race: Black Male
Date: 11-1-07
                New address
                650 West state St,
                Rockford, IL.
                     61101

                        KB

Sign: Kevin Dayden

The Winnebage County Jail

214 N. Church st. 61101

I witnessed food trays being slided across the Jail floor, I turn food trays up side down. I seen pait, Dirt and Old food, From days before. Some of them had Holes in them.

Name: Jerry L. Gulley

DOB: 12-1-56

MID: 58630

Date: 11-8-07

Sex/Race: B/M

New address
650 West State St,
Rockford, IL,
61101

First time Jail
4-27-06

Sign: Jerry L. Gulley

The Winnebago County Jail

2̶1̶4̶ N. church st. 61101

I witnessed the food trays being slided across the Gray painted floor, after each meal. Breakfast, lunch and Dinner.

Each Inmate stacked their tray on the floor, on top of each other. Correctional and trustee, came back the Deck and slided the across the floor.

name: Nicholas falls

DOB: 10-3-87

MID: 120388

Sex/Race: Black

Date: 11-1-07

New address

650 West state St,

Rockford, IL.

61101

Sign: Nicholas falls

The Winnebago County Jail
214 N. Church St. 61101

I witnessed the food trays
being slided across the Gray
painted floor, After each meal,
Breakfast, lunch and Dinner,
A Correctional officer came (trustee).
back to the tier and slided
the food trays out side the Jail
Door.

name: CARL EGGERT

DOB: 11-20-84

MID: 111258

Sex/Race: MALE Hispanic

Date: 10/22/07

new address
650 west state st
Rockford, IL. 61101

Carl J. Eggert
Sign:

The Winnebago County Jail

~~214~~ N. Church St. 61101

I witnessed the food trays
being slided across the
Winnebago County Jail floor.
The floor color was gray.
After each meal, every Inmate
stack thier food tray on the floor,
on Top of each other. Correctional
Officer and trustee came back
to the teir (tier) and slided the
food trays across the floor. Take back
to the kitchen.

Name: Steve Bright
DOB: 9/1/68
mID: 76307

~~DOB~~

New address
650 West State St.
Rockford, IL.
61101

Sign: [signature]

The Winnebago County Jail

214 N. Church St. 61101

I witnessed the food trays being slide across the Jail floor. After each meal, Breakfast, lunch and Dinner. Each tray was stacked on the floor, on Top of each other. Corection officer and trustee came back to the tier and Slided food trays out side the Jail door.

name: Jerry L. Galley

DOB: 12-1-56

mID: 58630

sex/race: B/m

Date: 11-19-07

New address
650 West State St.
Rock ford, IL. 61101

sign: Jerry L. Galley

The Winnebago County Jail
214 N. Church St, 61101

I witnessed the food trays being slide across the Gray painted floor. After each meal, Break fast, lunch and Dinner. a correctional officer came back to the tier and slided trays across the floor (Food trays).

Name: Albert Allen Locascio New address
DOB: 3-15-85
MID: 109877                    650 west state st,
Sex/race: M Mex/Italin     Rockford, IL,
Date: 11/2/07                              61101

Sign: Albert Locascio

The Winnebago County Jail
    214 N. church st.

I witnessed the food trays being
slided across the County Jail floor,
After each meal, Breakfast, lunch
and Dinner. Inmates stacked their
food trays on the floor on top of each
other. when taking the food trays back
to the kitchen, Correctional Officers,
and trustee came back to the their
and slide the food trays across the
Gray painted floor, Contaminating food

name:_____
DOB:_____
MID:_____
Date:_____
Sex/Race:_____

Sign:_____

new address
W.C.J.C.
650 West State st,
Rockford, IL.
                    61101

The Winnebago County Jail
214 N. Church st.

I witness the food trays being slided across the County Jail floor. After each meal, Breakfast, lunch and Dinner, all inmates stacked their food trays on the floor on top of each other, when taking the food trays back to the kitchen. Correctional Officer and trustee came back to the tein and slided the food trays across the Gray painted floor. Contaminating the food.

name:_____
DOB:_____
mID:_____
Date:_____
Sex/Race:_____

sign:_____

New address
W.C.J.C.
650 West state st,
Rockford. IL.
61101

The WiNNebago County JaiL

214 N, Church St,

I witNess the food trays being slided across the WiNNebago County JaiL Gray painted floor, after each meal, every INmate stacked thier food tray oN the floor, on top of each other, CorrectioNal officer and trustee came back to the teir and slided the food trays across the Gray paint JaiL floor, When taking the food trays back to the kitchen, CoNtamiNatiNg the food, and trays

Name :_____

DOB:_____

mID:_____

Date:_____

SigN:_____

New address

650 West state st,

Rockford , I L

61101

The Winnebago County Jail

214 N. church St. 61101

I witnessed food trays being slided across the Jail floor. After each meal, Breakfast, lunch and Dinner. Correctional Officer and trustee came to the teir and slided food trays out side the Door. Each Inmate stack their tray on top of each other on the floor.

name: WENDELL TAYLOR
DOB: 9-27-68
MID: C+6 9
121638
Date:
sex/race: B/M

new address
650 West State St.
Rockford, IL,
61101

sign: Wendell Taylor
T a

