# United States District Court
## Northern District of Illinois
### Western Division

Jerry Lewis Gulley

v.

Dr. David Pocock, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 50099

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The initial partial filing fee is waived. The court orders the trust fund officer at plaintiff's current place of confinement to collect monthly payments from plaintiff's trust fund account in accordance with the order of July 1, 2008. However, the Court dismisses the complaint under its preliminary review for failure to state a claim. 28 U.S.C. § 1915A. The dismissal of the complaint counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

FILED

JUL 0 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Michael W. Dobbins, Clerk of Court

Date: 7/1/2008

/s/ Susan Wessman, Deputy Clerk