U.S. District Court
Northern District of IL.
 Western Division
211 S. Court Street
Rockford, IL. 61101

**FILED**

JUL 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*not paid*

Re: Case No. 08C50099

Dear Federal Court,

I would like to appeal the decision of the dismissal of my case, I Plaintiff stated a claim. If I didn't state a claim, I need help in doing so. I request help with filing the appropriate motion and paper work that are needed. (appeal) Joining the two (2) exsisting cases together is confusing to me. I request additional information please. Thank you for your time. My case was filiied on July 1, 2008. Judge Frederick J. Kapala.

Jerry Lewis Gulley
W.C.J.C.
650 West State St.
Rockford, IL.
61101

Date: July 10, 2008

Sign: Jerry L. Gulley

Can you return a copy of this letter to me.