## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone (312) 435-5850
www.ca7.uscourts.gov



**NOTICE OF DOCKETING - Short Form**

JUL 1 5 2008

July 14, 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

    Appellate Case No: 08-2747

    Caption:
    JERRY L. GULLEY,
    Plaintiff - Appellant

    v.

    DR. DAVID POCOCK, DR. CYRUS OATS and WINNEBAGO
    COUNTY JUSTICE CENTER,
    Defendants - Appellees

    District Court No: 3:08-cv-50099
    Court Reporter Mary Lindbloom
    Clerk/Agency Rep Michael Dobbins
    District Judge Frederick Kapala

    Date NOA filed in District Court: 07/14/2008

If you have any questions regarding this appeal, please call this office.

CC:

Mary Lindbloom

Michael W. Dobbins

form name: c7_Docket_Notice_short_form (form ID: 188)