Jerry L. Gulley
Plaintiff
V
Dr. David Pocock,

Case: 08C50099
Judge: Frederick J. Kapala

FILED
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I Jerry Lewis Gulley want (13) Thirdteen days for Winnebago County Justice Center to give me the correct form to move forward or motion to appeal in FORMA Pauperis application and Financial AFFIDAVIT. I will send the affidavit to you as soon as I can. Could you contact the UNITED States Court of appeals for the seven Circuit. Let them know the affidavit (motion) is now being processed.

Jerry Lewis Gulley
Jerry L. Gulley

Thank You

Judgement Date July 14th
Case can be dismiss 14 days after July 14

**Winnebago County Corrections**
**Inmate Request Form**

Send copy back to me. "please"

**Inmate Information**

Name: Jerry L. Gulley    Date: 7-11-08

Male [X]  Female [ ]  DOB: 12-1-56

MID#: 55630    POD/Bed #: 3A-15-1

**Volunteer Programs** Check the classes you would like to attend

| | |
|---|---|
| Reformers | [ ] |
| AA | [ ] |
| NA | [ ] |
| CA | [ ] |
| Job Coaching | [ ] |
| Health (WCHD) | [ ] |
| Life Skills Classes: | |
| Parenting | [ ] |
| Anger Ownership | [ ] |
| Male/Female Focus Group | [ ] |
| Clear Thinking | [ ] |
| Rockford Rescue Mission | [ ] |
| LSSI Storybook | [ ] |
| Religious Services | [ ] |
| Muslim Services | [ ] |
| Other – Must Specify | [X] |
| I would like to be a Trustee/Floor Tender | [ ] |
| Librarian Services | [ ] |
| *Request to meet with inmate Case Manager* | [ ] |
| *Request to meet with Chaplain* | [ ] |

ATTN: Cindy McGuire

Please state reason you need to see Case Manager

Comments:

I Need to file an "appeal"
I Need 1983 Law Suit packet
ASAP please    Thank You very much

Did not respond to a request 1983 Law suit packet. It took 13 days to received Lawsuit packet thats why I am late. Judgement date July 14, dismiss case after 14 days

**Programs Response:** (Do not write below this line)

form Received 7-24-08
took 13 days

**Responders Signature:**____________________ **Date:**__________

GED, Rosecrance, AIS (Anger Management) and Literacy Classes have to be requested on **GREEN SHEETS**

Winnebago County Corrections
**Inmate Request Form**

Send copy back to me "please"

**Inmate Information**

Name: Jerry L. Gulley Date: 7-22-08

Male [X] Female [ ] DOB: 12-1-56

MID#: 58630 POD/Bed #: 3A-15-1

**Volunteer Programs** Check the classes you would like to attend

| Program | | Program | |
|---|---|---|---|
| Reformers | [ ] | Job Coaching | [ ] |
| AA | [ ] | Health (WCHD) | [ ] |
| NA | [ ] | Life Skills Classes: | |
| CA | [ ] | Parenting | [ ] |
| | | Anger Ownership | [ ] |
| | | Male/Female Focus Group | [ ] |

ATTN: Cindy McGuire

| | |
|---|---|
| Clear Thinking | [ ] |
| Rockford Rescue Mission | [ ] |
| LSSI Storybook | [ ] |
| Religious Services | [ ] |
| Muslim Services | [ ] |
| Other – Must Specify | [X] |
| I would like to be a Trustee/Floor Tender | [ ] |
| Librarian Services | [ ] |
| *Request to meet with inmate Case Manager* | [ ] |
| *Request to meet with Chaplain* | [ ] |

Please state reason you need to see Case Manager

Comments:

~~I need the following IM forms~~

I Need the forms that I requested from you 3 day ago. ASAP / The One form Trust-fund Copy / the Capt. signs ASAP Thank you

**Programs Response:** (Do not write below this line)

You need to send the Certification (page 3) of the Lawsuit package so I can fill out the trust account and send you the copies

Received on 7/24-08

**Responders Signature:** [signature] **Date:** 7/24/08

GED, Rosecrance, AIS (Anger Management) and Literacy Classes have to be requested on **GREEN SHEETS**

I took the clerk 13 days to send me the forms

I took the clerk here at Winn. County Jail 13 days to send me the correct form so I could file my motion to appeal, ☹ Judgement date July 14. dismiss case after 14 days

Send copy back to me "please"

**Winnebago County Corrections**
**Inmate Request Form**

**Inmate Information**

Name: Jerry Lewis Gulley Date: 7-23-08

Male [X] Female [ ] DOB: 12-1-56

MID#: 58630 POD/Bed #: 3A-15-1

**Volunteer Programs** Check the classes you would like to attend

| | | | |
|---|---|---|---|
| Reformers | [ ] | Job Coaching | [ ] |
| AA | [ ] | Health (WCHD) | [ ] |
| NA | [ ] | Life Skills Classes: | |
| CA | [ ] | Parenting | [ ] |
| | | Anger Ownership | [ ] |
| | | Male/Female Focus Group | [ ] |

ATTN: Cindy McQuire

| | |
|---|---|
| Clear Thinking | [ ] |
| Rockford Rescue Mission | [ ] |
| LSSI Storybook | [ ] |
| Religious Services | [ ] |
| Muslim Services | [ ] |
| Other – Must Specify | [X] |
| I would like to be a Trustee/Floor Tender | [ ] |
| Librarian Services | [ ] |
| *Request to meet with inmate Case Manager* | [ ] |
| *Request to meet with Chaplain* | [ ] |

Please state reason you need to see Case Manager

Comments:

I need to file a motion to proceed on appeal in pauperis with the, along with a certified copy of my trust account statement for the six (6) month period preceding the filing of Notice appeal

**Programs Response:** (Do not write below this line) "appeal" I need ASAP, Thank you ☺

You need to send Message 3 of the lawsuit package, so I can fill out the trust account information and return the copies to you

Received

Responders Signature: [signature] Date: 7/24/08

GED, Rosecrance, AIS (Anger Management) and Literacy Classes have to be requested on **GREEN SHEETS**

It took her 13 days to send law-suit packet | only a few days left to file

Winn. County Jail
Jerry Lewis Gulley
650 west State St.
Rockford, ILL.
61101

ROCKFORD IL 611
25 JUL 2008 PM 2 L

United States District Court
211 S. Court Street
RocKford, IL.
61101

WINNEBAGO COUNTY
CORRECTIONS
SEARCHED

61101+1219

