Case 3:08-cv-50099  Document 12  Filed 08/01/2008  Page 1 of 1  DC Clerk

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



ORDER

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**F I L E D**

July 30, 2008

AUG 0 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2747 | JERRY L. GULLEY,<br>Plaintiff - Appellant<br><br>v.<br><br>DR. DAVID POCOCK, DR. CYRUS OATS and WINNEBAGO COUNTY JUSTICE CENTER,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**
District Court No: 3:08-cv-50099
Northern District of Illinois, Western Division
District Judge Frederick Kapala

Upon consideration of the **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on July 28, 2008, by the pro se appellant:

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.