MEMORANDUM IN SUPPORT OF FLRA

MOTION FOR LEAVE TO PROCEED ON appeal

AUG 2 0 2008
J. ROBBINS
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FORMA PAUPERIS    Gulley V. Pocock    July 1, 2008

Plaintiff's motion for leave to file in forma pauperis (3) is granted. The initial partial filing fee is waived. The Court orders the trust fund officer at Plaintiff's current place of confinement to collect monthly payment Plaintiff's trust fund account in accordance with this order. The Court dismisses the Complaint under its preliminary review for failure to state a claim. 28 U.S.C. §1915A. The dismissal of the Complaint counts as one of Plaintiff's three allotted dismissals.

Gulley V. aramark Foods    July 24, 2008

This Court dismissed NO. 08C50099 ON July1, 2008, for failure to state a claim. The Court noted in that order that Plaintiff appeared to have gotten the deffendants and the claim mixed up in the two cases. The Court dismisses the Complaint without prejudice. Plaintiff is given 30 days from the date of this order to submit an amended complaint on the forms required by Local Rule 81.1 of this court. Plaintiff

Judge Frederick J. Kapala
Case No. 08C50099    Date July1, 2008
Case Title Jerry L. Gulley V. 08C50099

1 of 3

must write both the case number and judge's name on the Complaint and return the originally fill out and signed form and a copy for the judge and a copy for ~~each~~ each defendant he names. If Plaintiff does not timely comply with this orders this case be dismissed. However, Plaintiff will still be responsible for paying the fee.

Gulley v. Pocock                    Aug 5, 2008

Plaintiff motion for leave to appeal informa pauperis (II) is denied. The court certifies that the appeal is not taken in good faith and orders Plaintiff to pay the appellate fees of $455 within 14 days or the Court of appeals may dismiss his appeal for want of prozecution.

Plaintiff, Jerry Lewis Gulley, has filed a Notice of appeal from the judgment entered on July 1, 2008, and seeks leave to proceed informa pauperis. For the rease state in the July 1, 2008 order, the Court finds that this action does not raise a substanial issue meriting appellate review. Plaintiff haveing ~~haveing~~ raised none in his motion to

Judge  Frederick J. Kapala
Case No. 08C50099
Case Title  Gulley V. Pocock

2 of 3

to proceed informa pauperis on appeal or in his recently submitted letter and inmate raised none in his motion to proceed informa pauperis on appeal or in his rently submitted letter and inmate request form, the Court Certi under 28 U.S.C. § 1915 (a)(3) that the appeal is not good faith and that no appeal should be taken.

My motion should Not be denied due to fact my case, Jerry Lewis Gulley V. Pocock, I was given another exate 30 days to over turn that this case or motion and notice shall bein good faith by going to July 1, 2008, Jerry Lewis Gulley (#58630) V. Pocock, Cyrus Oats and Winnebago County Justice Center.

Judge Frederick J. Kapala
Case No. 08c50099    Date July 1, 200
Case Title Jerry Lewis Gulley (#58630) V Pocock

3 of 3

W. C. J. C.
Jerry L. Gulley
650 West State St,
Rockford, IL.
                    61101



ROCKFORD IL 611

19 AUG 2008 PM 2·T

61101+1213

United States District Court
211 S, Court Street
Rockford, IL. 61101

