## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50099 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Gulley vs. Pocock | | |

**DOCKET ENTRY TEXT:**

Plaintiff has submitted two applications to proceed *in forma pauperis* on appeal and a memorandum in support [11], [13], [15]. This court entered an order on August 5, 2008 [14] denying the first application. That order was entered after the second application was filed but before the second application was brought to the attention of the court. For the reasons stated by the Court in its August 5, 2008 order, the Court denies the second application [13]. The clerk shall mail a copy of this order and the August 5, 2008 order to plaintiff and to the PLRA Attorney for the Seventh Circuit Court of Appeals.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|